IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MONTANA BELL**, *et al.*, | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 24-4203 |
| | : | |
| **LAWRENCE KRASNER**, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 27th day of August 2024, upon consideration of the *pro se* Complaint filed in this case (DI 1), and for reasons in the accompanying memorandum, it is **ORDERED**:

    1.    The Complaint is **DISMISSED** in its entirety for the following reasons:

        a.    Plaintiffs' damages claims against Defendant Krasner are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(2) as barred by absolute prosecutorial immunity.

        b.    Plaintiffs' remaining claims are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) as barred by *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), **WITHOUT PREJUDICE** to Plaintiffs' ability to challenge their convictions in a *habeas* proceeding or by filing a new civil rights complaint *only* in the event the convictions at issue in this case are first reversed, vacated, or otherwise invalidated.

    2.    The Clerk of Court shall **CLOSE** this case.

_____
**MURPHY, J.**